Tionna Dolin (SBN: 299010)
tdolin@slpattorney.com
Elizabeth A. LaRocque (SBN: 219977)
elarocque@slpattorney.com
**STRATEGIC LEGAL PRACTICES, APC**
1888 Century Park East, 19th Floor
Los Angeles, CA 90067
Tel: (310)929-4900
Fax: (310)943-3838

Attorneys For Plaintiff
FRANCIS KAY TEMPLE

SPENCER P. HUGRET (SBN: 240424)
shugret@grsm.com
ERIC D. SENTLINGER (SBN: 215380)
esentlinger@grsm.com
SARAH CARLSON LAMBERT (SBN: 247360)
slambert@grsm.com
GORDON REES SCULLY MANSUKHANI, LLP
275 Battery Street, Suite 2000
San Francisco, CA 94111
Telephone: (415) 986-5900
Facsimile: (415) 986-8054

Attorneys for Defendant
FORD MOTOR COMPANY

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANCES KAY TEMPLE,<br><br>Plaintiff,<br><br>vs.<br><br>FORD MOTOR COMPANY; and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No. 2:22-cv-01586-TLN-CKD<br><br>Judge: Hon. Troy L. Nunley<br>Magistrate Judge: Hon. Carolyn K. Delaney<br><br>**ORDER GRANTING STIPULATION TO CONTINUE PRETRIAL SCHEDULING DATES**<br><br>Complaint Filed: September 9, 2022<br>Trial Date: None set. |

## ORDER

The Court, having considered the Stipulation to Continue Trial and Related Dates, ("Stipulation"), filed by the Parties, and upon finding good cause therefor, hereby GRANTS the Stipulation and ORDERS as follows:

1. The following dates are hereby vacated:
    a. Completion of All Non-Expert Discovery: August 28, 2023
    b. Expert Witness Disclosures (Initial):  October 27, 2023
    c. Expert Witness Disclosures (Supplemental):  November 27, 2023
    d. Last day to exchange Supplemental Disclosures and Responses: January 25, 2023
    e. Dispositive Motions Shall Be Filed by:  February 23, 2024

2. The deadlines/dates are continued as follows:
    a. Completion of All Non-Expert Discovery: March 5, 2024
    b. Expert Witness Disclosures (Initial):  April 26, 2024
    c. Expert Witness Disclosures (Supplemental):  May 20, 2024
    d. Last day to exchange Supplemental Disclosures and Responses: July 25, 2024
    e. Dispositive Motions Shall be <u>Filed</u> by:  August 23, 2024

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: August 29, 2023

_____
Troy L. Nunley
United States District Judge