Tionna Carvalho (SBN: 299010)
tcarvalho@slpattorney.com
Elizabeth A. LaRocque (SBN: 219977)
elarocque@slpattorney.com
**STRATEGIC LEGAL PRACTICES, APC**
1888 Century Park East, 19th Floor
Los Angeles, CA 90067
Tel: (310)929-4900
Fax: (310)943-3838

Attorneys For Plaintiff
FRANCINE KAY TEMPLE


ERIC D. SENTLINGER (SBN: 215380)
esentlinger@grsm.com
SARAH CARLSON LAMBERT (SBN: 247360)
slambert@grsm.com
GORDON REES SCULLY MANSUKHANI, LLP
275 Battery Street, Suite 2000
San Francisco, CA 94111
Telephone: (415) 986-5900
Facsimile: (415) 986-8054

Attorneys for Defendant
FORD MOTOR COMPANY

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANCINE KAY TEMPLE,<br><br>   Plaintiff,<br><br>  vs.<br><br>FORD MOTOR COMPANY; and DOES 1 through 10, inclusive,<br><br>   Defendants. | Case No. 2:22-cv-01586-TLN-CKD<br><br>Judge: Hon. Troy L. Nunley<br>Magistrate Judge: Hon. Carolyn K. Delaney<br><br>**ORDER GRANTING STIPULATION TO CONTINUE DATES**<br><br>Complaint Filed:  September 9, 2022<br>Trial Date: None set. |

**ORDER**

ORDER GRANTING STIPULATION TO CONTINUE DATES

The Court, having considered the Second Stipulation to Continue Dates, ("Stipulation"), filed by the Parties, and upon finding good cause therefor, hereby GRANTS the Stipulation and ORDERS as follows:

1. The following dates are hereby vacated:
   a. Completion of All Non-Expert Discovery: March 5, 2024
   b. Expert Witness Disclosures (Initial):  April 26, 2024
   c. Expert Witness Disclosures (Supplemental):  May 20, 2024
   d. Last day to exchange Supplemental Disclosures and Responses: July 25, 2024
   e. Dispositive Motions shall be Filed by:  August 23, 2024

2. The deadlines/dates are continued as follows:
   a. Completion of All Non-Expert Discovery: August 27, 2024
   b. Expert Witness Disclosures (Initial):  September 6, 2024
   c. Expert Witness Disclosures (Supplemental):  September 20, 2024
   d. Last day to exchange Supplemental Disclosures and Responses: October 22, 2024
   e. Dispositive Motions shall be Filed by:  December 13, 2024

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: March 4, 2024

_____
Troy L. Nunley
United States District Judge