# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANCINE KAY TEMPLE,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>FORD MOTOR COMPANY; and DOES 1 through 10, inclusive<br><br>　　　　Defendants. | Case No. 2:22-cv-01586-TLN-CKD<br><br>District Judge: Troy L. Nunley<br><br>**JUDGMENT** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD**:

　　Plaintiff FRANCINE KAY TEMPLE ("Plaintiff") accepted FORD MOTOR COMPANY's Offer of Judgment Pursuant to Fed. R. Civ. P. 68 June 7, 2024.

　　Accordingly, the Court enters JUDGMENT in favor of Plaintiff in the amount of $200,000.00, pursuant to the terms of the Rule 68 Offer.

　　**IT IS SO ORDERED.**

Dated: June 12, 2024

　　　　　　　　　　　　　　　　　　　　　/s/ Troy L. Nunley
　　　　　　　　　　　　　　　　　　　　Troy L. Nunley
　　　　　　　　　　　　　　　　　　　　United States District Judge