# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

FRANCINE KAY TEMPLE

    Plaintiff,

    v.

FORD MOTOR COMPANY; and DOES 1 through 10, inclusive

    Defendants.

Case No. 2:22-cv-01586-TLN-CKD

**ORDER GRANTING JOINT STIPULATION FOR ORDER TO CONTINUE PLAINTIFFS' MOTION FOR ATTORNEY'S FEES, COSTS, AND EXPENSES AND JURISDICTION**

On July 11, 2024, both Parties filed a Joint Stipulation to Continue Court's Jurisdiction Over Settlement filed by the parties.

The Court, having considered the Parties' Joint Stipulation and finding good cause therefore, hereby GRANTS the Joint Stipulation and ORDERS as follows:

1. The Joint Stipulation is Granted;
2. The Court continues the filing deadline of Plaintiff's Motion for Attorneys' Fees, Costs, and Expenses from July 11, 2024 to September 11, 2024; and
3. The Court retains Jurisdiction over the action until Plaintiff's fees, costs, and expenses are determined and payment satisfied.

IT IS SO ORDERED.

Dated: July 12, 2024

                                          Troy L. Nunley
                                          United States District Judge