# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANCINE KAY TEMPLE, | Case No. 2:22-cv-01586-TLN-CKD |
| Plaintiff, | Hon. Troy L. Nunley |
| vs. | **ORDER** |
| FORD MOTOR COMPANY; and DOES 1 through 10, inclusive | |
| Defendant. | |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD**:

Plaintiff FRANCINE KAY TEMPLE ("Plaintiff") and Defendant FORD MOTOR COMPANY have agreed FORD MOTOR COMPANY will pay $20,000.00 to resolve Plaintiff's attorneys' fees, costs, and expenses.

Accordingly, the Court hereby enters an ORDER for Defendant to pay Plaintiff $20,000.00 to resolve attorneys' fees, costs, and expenses. Payment is to be made to counsel for Plaintiff by December 10, 2024. After satisfaction of payment, Plaintiff will dismiss this case with prejudice within 10 business days against all parties.

**IT IS SO ORDERED.**

Dated: September 11, 2024

_____
Troy L. Nunley
United States District Judge